DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 JANUARY 2013

| 521P12 | New Breed, Inc. v. Richard Matt Bowen, Matthew R. Conger, Marty Hall, and Darren S. Willie ——— New Breed, Inc. v. Kiley Chet Lanning and Rahul S. Bide | 1. Defs' Motion for Temporary Stay (COAP12-996)<br><br>2. Defs' Petition for *Writ of Supersedeas* | 1. Allowed **12/19/12;** Dissolved the Stay **01/08/13**<br><br>2. Denied **01/08/13** |
|---|---|---|---|
| 522P12 | State v. George Williams, Jr. | Def's *Pro Se* Motion for PDR (COAP12-956) | Dismissed |
| 523P12 | In the Matter of: R.B., Jr. | Respondent-Father's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-858) | Denied |
| 524P12 | State v. Mandrey D. Davis | Def's *Pro Se* Motion for *Writ* of Constitutional Law Relief Redress (COAP12-883) | Dismissed |
| 525P12 | Nicholas R. Burnham, Employee v. McGee Brothers Company, Inc., Employer, Zurich American Insurance Company, Carrier | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA11-1359)<br><br>2. Plt's Motion to Deem PDR Timely Filed<br><br>3. Plt's Petition in the Alternative for *Writ of Certiorari* to Review Decision of COA | 1. Dismissed<br><br>2. Denied<br><br>3. Denied |
| 527A12 | State v. Eric Steven Jones and Jerry Alvin White | 1. State's NOA Based Upon a Dissent (COA12-282)<br><br>2. State's PDR as to Additional Issues<br><br>3. Def's (Jones) PDR Under N.C.G.S. § 7A-31 | 1. - - -<br><br>2. Allowed<br><br>3. Allowed |
| 529P08-2 | State v. John Henry Haith | 1. Def's *Pro Se* PWC to Review Order of COA (COAP10-12)<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Dismissed as Moot |
| 530P12 | State v. Darrian Antoine Perry | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **12/21/12** |